UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY D. ALEXANDER,

                Plaintiff,

v.

NURSE YOUNG and HEALTH SERVICES MANAGER GOODENOUGH, in their official and individual capacities,

                Defendants.

Case No. 3:15-cv-05850-RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1) Plaintiff Alexander requested an extension of time [Dkt. #27] to object to the Report and Recommendation. The Court received his Objections [Dkt. #28] on December 29, 2016 – before the objection deadline. Therefore, the Court has considered Plaintiff's Objections, and his Motion for an Extension of Time is DENIED as moot.

(2) The Court adopts the Report and Recommendation [Dkt. #26].

(3) Defendants' motion for summary judgment [Dkt. #15] is GRANTED.

(4) This case is DISMISSED with prejudice.

DATED this 4th day of January, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1